SUFFOLK COUNTY BUILDERS ASSOCIATION INC. et al., Appellants, v. TOWN OF ISLIP et al., Respondents. ASHMILL HOMES, INC., Appellant, v. TOWN OF ISLIP et al., Respondents.—

Munder, Acting P. J., Martuscello, Shapiro, Brennan and Benjamin, JJ., concur.

TREO ENTERPRISES, Appellant, v. JOSEPH D. O'NEILL et al., Respondents, et al., Defendants.—

Munder, Acting P. J., Martuscello, Shapiro, Brennan and Benjamin, JJ., concur.